UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>      Plaintiffs,<br><br>      v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>      Defendants. | Case No. 22-cv-3256 (KPF) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rebecca Smullin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Consumer Financial Protection Bureau in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and certificates of good standing.

Dated: April 25, 2022                    Respectfully submitted,

/s/ Rebecca Smullin
Rebecca Smullin
Enforcement Attorney
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: 202-435-7546
Facsimile: 202-435-5469
E-mail: Rebecca.Smullin@cfpb.gov

Attorney for Plaintiff
Consumer Financial Protection Bureau