UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU AND THE PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MONEYGRAM INTERNATIONAL, INC. and MONEYGRAM PAYMENT SYSTEMS, INC.,<br><br>  Defendants. | Case No. 1:22-cv-03256-KPF<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF MONEYGRAM INTERNATIONAL, INC. AND MONEYGRAM PAYMENT SYSTEMS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc., states that MoneyGram Payment Systems, Inc. is a wholly owned subsidiary of MoneyGram International, Inc. No publicly traded company owns 10% or more of either Defendant's stock.

Dated: May 11, 2022

                                                VINSON & ELKINS LLP

By:   */s/ Clifford Thau*
        Clifford Thau
        1114 Avenue of Americas, 32nd Floor
        New York, NY 10036
        Telephone: (212) 237-0012
        Facsimile: (917) 849-5373
        cthau@velaw.com

        Ephraim Wernick, *pro hac vice pending*
        2200 Pennsylvania Avenue NW
        Suite 500 West
        Washington, DC 20037
        Telephone: (202) 639-6730
        Facsimile: (202) 639-6604
        ewernick@velaw.com

        *Counsel for MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*