UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>    Plaintiffs,<br><br>    v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>    Defendants. | Case No. 22-cv-3256 (KPF) |

**REVISED SCHEDULING ORDER**

The Court has considered Plaintiffs' request for an extension of time and the parties' joint request for a stay of discovery. It is hereby **ORDERED**:

- Plaintiffs shall file an amended complaint, if any, on or before **July 5, 2022**;

- Defendants shall file a single, consolidated motion to dismiss and transfer on or before **August 4, 2022**, which brief shall not exceed 35 pages;

- Plaintiffs shall file their opposition to Defendants' consolidated motion on or before **September 19, 2022**, which brief shall not exceed 35 pages;

- Defendants shall file their consolidated reply on or before **October 3, 2022**, which brief shall not exceed 18 pages.

It is further **ORDERED** that all discovery in this case is stayed until October 3, 2022. No later than October 13, 2022, the parties shall meet and confer to ascertain their respective

positions regarding the scheduling of a Rule 26(f) conference and when discovery should begin. The parties shall address any agreement or disagreement in accordance with the applicable rules including this Court's Individual Rules of Practice in Civil Cases.

    The Clerk of Court is directed to terminate the pending motion at docket entry 25.

    **SO ORDERED.**

Dated: June 24, 2022
      New York, New York

                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE