March 1, 2023

VIA ECF & EMAIL

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

Re:   Consumer Financial Protection Bureau and the People of the State of New York
      v. MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.
      Case No. 22-cv-3256 (KPF)

Dear Judge Failla:

In its order staying this case, the Court directed the parties to promptly file a joint letter apprising the Court of the Supreme Court's decision to grant or deny the Bureau's then-pending petition for a writ of certiorari in *CFPB v. Community Financial Services Ass'n*, No. 22-448 ("CFSA"). *See* ECF No. 52 at 8. The parties provide the following joint update.

On February 27, the Supreme Court granted the Bureau's petition, which presents the question whether the Fifth Circuit erred in holding that the statute providing funding to the Bureau, 12 U.S.C. § 5497, violates the Appropriations Clause, U.S. Const. Art. I, § 9, Cl. 7, and in vacating a rule promulgated at a time when the CFPB was receiving such funding. *See* Orders List (Feb. 27, 2023), https://www.supremecourt.gov/orders/courtorders/022723zor_6537.pdf; Pet. for Writ. of Cert., *CFSA*, 2022 WL 16951308 (filed Nov. 14, 2022). The Court's order granting certiorari did not grant the Bureau's request for expedited briefing. Absent an additional order from the Court, the parties expect that the case will be decided next term.

In accordance with ECF Rule 8.5, the filing party represents the consent of the other parties to the signing and filing of this joint letter.

                                                      Respectfully submitted,

*s/ Ephraim Wernick*                            *s/ Rebecca Smullin*
EPHRAIM (FRY) WERNICK              REBECCA SMULLIN
2200 Pennsylvania Ave., NW, Ste. 500 West    ERIN MARY KELLY
Washington, DC 20037                   SAMUEL TAXY
Tel: (202) 639-6730                      *Enforcement Attorneys*
Fax: (202) 879-8813
Email: ewernick@velaw.com              1700 G Street NW
                                              Washington, DC 20552
                                              Email: rebecca.smullin@cfpb.gov

| | |
|---|---|
| Attorney for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. | Email: erin.kelly@cfpb.gov<br>Email: samuel.taxy@cfpb.gov<br>Telephone: 202-435-7546 (Smullin)<br>Telephone: 202-435-7367 (Kelly)<br>Telephone: 202-435-7551 (Taxy)<br><br>Attorneys for Plaintiff<br>Consumer Financial Protection Bureau<br><br>__*s/ Jason L. Meizlish*__<br>JASON L. MEIZLISH<br>*Assistant Attorney General*<br>*Bureau of Consumer Frauds and Protection*<br>*Office of the New York State Attorney General*<br><br>28 Liberty Street<br>New York, NY 10005<br>Email: Jason.Meizlish@ag.ny.gov<br>Telephone: 212-416-8455<br><br>Attorney for Plaintiff<br>State of New York |