June 2, 2023

VIA ECF & EMAIL

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

Re:   *Consumer Financial Protection Bureau and the People of the State of New York v. MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*
Case No. 22-cv-3256 (KPF)

Dear Judge Failla:

In accordance with this Court's March 2, 2023 order, ECF No. 54, the parties submit the following joint update regarding *CFPB v. Community Financial Services Ass'n*, No. 22-448 (*"CFSA"*), pending before the Supreme Court.

Since the parties' March 1, 2023 joint letter, ECF No. 53, briefing in CFSA has proceeded according to the schedule set by the Court in March. Petitioners' brief was filed on May 8, 2023 and respondents' deadline is July 3, 2023. *See* Order Granting Motion for Extension of Time, *CFPB v. CFSA*, No. 22-448 (Mar. 14, 2023).

There is no further significant update regarding CFSA.

In accordance with ECF Rule 8.5, the filing party represents the consent of the other parties to the signing and filing of this joint letter.

                                                  Respectfully submitted,

*s/ Ephraim Wernick*                       *s/ Rebecca Smullin*
EPHRAIM (FRY) WERNICK            REBECCA SMULLIN
2200 Pennsylvania Ave., NW, Ste. 500 West    ERIN MARY KELLY
Washington, DC 20037                   SAMUEL TAXY
Tel: (202) 639-6730                     *Enforcement Attorneys*
Fax: (202) 879-8813
Email: ewernick@velaw.com            1700 G Street NW
                                        Washington, DC 20552
Attorney for Defendants MoneyGram      Email: rebecca.smullin@cfpb.gov
International, Inc. and MoneyGram Payment  Email: erin.kelly@cfpb.gov
Systems, Inc.                                Email: samuel.taxy@cfpb.gov
                                          Telephone: 202-435-7546 (Smullin)

Telephone: 202-435-7367 (Kelly)
Telephone: 202-435-7551 (Taxy)

Attorneys for Plaintiff
Consumer Financial Protection Bureau

    *s/ Jason L. Meizlish*
JASON L. MEIZLISH
*Assistant Attorney General*
*Bureau of Consumer Frauds and Protection*
*Office of the New York State Attorney General*

28 Liberty Street
New York, NY 10005
Email: Jason.Meizlish@ag.ny.gov
Telephone: 212-416-8455

Attorney for Plaintiff
State of New York