# Vinson&Elkins

Ephraim (Fry) Wernick  ewernick@velaw.com
**Tel +**1.202.639.6730  **Fax +**1.202.879.8830

June 22, 2023

**Via ECF and Email (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: *Consumer Financial Protection Bureau, et al v. MoneyGram International, Inc., et al*,
No. 22-cv-03256-KPF – Letter Motion to Redact

Dear Judge Failla:

Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. (collectively "MoneyGram" or the "Company") intend to file their opposition in response to the letter-motion seeking leave to serve document preservation subpoenas (ECF No. 62), filed by the Consumer Financial Protection Bureau (the "CFPB" or "Bureau") and the Office of the New York State Attorney General ("NYAG") (collectively "Plaintiffs").  MoneyGram respectfully requests permission to redact the names of certain third parties and information concerning their relationship and services they provided to the Company in their forthcoming response.

The proposed redactions appear in MoneyGram's opposition letter, the Declaration of Ephraim Wernick ("Wernick Declaration"), and Exhibit 1 to the Wernick Declaration. Pursuant to paragraph 9.B.i of this Court's Individual Rules of Practice in Civil Cases, unredacted versions of the documents will be filed under seal.

As noted in Plaintiffs' motion to seal, the redacted company names and information are derived from (a) information requested and produced during the Bureau's investigation (investigative documents), and (b) documents that MoneyGram produced to the Bureau during the Bureau's confidential supervisory process (exam documents). (ECF No. 60 at 1-2.)  Certain information also comes from MoneyGram's knowledge of its business activities with certain counterparties. MoneyGram has designated the investigative documents submitted to the Bureau as containing trade secrets. Because these documents are thus deemed "confidential investigative information," 12 C.F.R. § 1070.2(h), federal regulations allow Defendants an opportunity to "seek an appropriate order prior to disclosure" of these documents. *See id.* § 1070.45(a)(4) (relating to material containing "any trade secret or privileged or confidential commercial or financial information."). Additionally, exam documents produced to the Bureau are deemed "confidential supervisory information," *id.* § 1070.2(i), and 12 C.F.R. § 1070.45(a)(4) affords Defendants the opportunity to seek a protective order for such materials.  Where MoneyGram identifies and discusses

**Vinson & Elkins LLP  Attorneys at Law**                                2200 Pennsylvania Avenue NW, Suite 500 West
Austin  Dallas  Dubai  Houston  London  Los Angeles                     Washington, DC 20037-1701
New York  Richmond  San Francisco  Tokyo  Washington                    **Tel** +1.202.639.6500  **Fax** +1.202.639.6604  velaw.com



the relevant entities and their contractual relationships with MoneyGram, the foregoing confidentiality protections should remain in place. The redacted information may also contain information about third parties that was derived from terms of service and contracts that contain confidentiality clauses.

For these reasons, MoneyGram respectfully requests that this Court allow the Company to redact entity names and related information contained in its letter and supporting documents in response to Plaintiffs' Motion.

Respectfully Submitted,

 */s/ Ephraim Wernick*
Ephraim (Fry) Wernick
Tel: (202) 639-6730
Email: ewernick@velaw.com
*Attorney for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 64.

Dated:     June 23, 2023            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE