May 20, 2024

<u>VIA ECF & EMAIL</u>



The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

Re:    *Consumer Financial Protection Bureau and the People of the State of New York*
       *v. MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*
       Case No. 22-cv-3256 (KPF)

Dear Judge Failla:

  In accordance with this Court's February 6, 2024 order, ECF No. 82, the parties submit the following joint update. On May 16, 2024, the Supreme Court issued its decision in *CFPB v. Community Financial Services Ass'n*, No. 22-448. *See* 2024 WL 2193873 (U.S. May 16, 2024).

  In accordance with ECF Rule 8.5, the filing party represents the consent of the other parties to the signing and filing of this joint letter.

Respectfully submitted,

<div style="display:flex">
<div>

**_s/_Ephraim Wernick**
EPHRAIM (FRY) WERNICK
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
Tel: (202) 639-6730
Fax: (202) 879-8813
Email: ewernick@velaw.com

Attorney for Defendants MoneyGram
International, Inc. and MoneyGram Payment
Systems, Inc.

</div>
<div>

**_s/_Rebecca Smullin**
REBECCA SMULLIN
ERIN MARY KELLY
SAMUEL TAXY
*Enforcement Attorneys*

1700 G Street NW
Washington, DC 20552
Email: rebecca.smullin@cfpb.gov
Email: erin.kelly@cfpb.gov
Email: samuel.taxy@cfpb.gov
Telephone: 202-435-7546 (Smullin)
Telephone: 202-435-7367 (Kelly)
Telephone: 202-435-7551 (Taxy)

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**_s/_Jane M. Azia**
JANE M. AZIA
*Bureau Chief*
LAURA C. DISMORE
*Assistant Attorney General*
*Bureau of Consumer Frauds and Protection*
*Office of the New York State Attorney General*

28 Liberty Street
New York, NY 10005
Email: Jane.Azia@ag.ny.gov
Email: Laura.Dismore@ag.ny.gov
Telephone: 212-416-8727 (Azia)
Telephone: 212-416-6319 (Dismore)

Attorneys for Plaintiff
State of New York

</div>
</div>

The Court is in receipt of the parties' status update regarding the Supreme Court's decision in *Consumer Financial Protection Bureau* v. *Community Financial Services Association of America, Limited*, No. 22-448, 2024 WL 2193873 (U.S. May 16, 2024) ("*CFSA*").  (Dkt. #84).  Given the passage of time and the substantial intervening developments in the law since the completion of the parties' briefing, including but not limited to *CFSA* and the Second Circuit's decision in *CFPB* v. *Law Offices of Crystal Moroney, P.C.*, 63 F.4th 174 (2d Cir. 2023), the Court believes that revised briefing on the motion would most effectively reflect these legal developments and therefore sharpen the issues for resolution at this threshold stage.

To that end, Defendants shall submit their revised motion to dismiss and motion to transfer on or before **June 20, 2024,** which brief shall not exceed 35 pages. Plaintiffs shall file their opposition on or before **July 22, 2024,** which brief shall not exceed 35 pages.  Defendants shall file their reply, if any, on or before **July 26, 2024,** which brief shall not exceed 18 pages.  These briefs shall supersede those previously filed in this action.

The Clerk of Court is directed to terminate the pending motion at docket entry 30, and to lift the stay in this case.

Dated:    May 21, 2024          SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE