UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>      *Defendants*. | Case No. 1:22-cv-03256-KPF |

**DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MONEYGRAM INTERNATIONAL, INC. AND MONEYGRAM PAYMENT SYSTEMS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants MoneyGram International, Inc. ("MGI") and MoneyGram Payment Systems, Inc. ("MPSI"), certifies that MGI and MPSI are both indirect wholly owned subsidiaries of Madison Dearborn Partners, LLC ("MDP").[1]  No publicly traded company owns 10% or more of either Defendants' stock.

This Supplemental Corporate Disclosure Statement supplements the Rule 7.1 Corporate Disclosure Statement filed by Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. on May 12, 2022.  (ECF No. 19).

---

[1] MPSI is wholly owned by one corporate entity, which in turn, is wholly owned by MGI.  MDP wholly owns MGI and MPSI through multiple privately held entities, which are ultimately wholly owned by MDP.

June 4, 2024

*/s/ Ephraim Wernick*
Ephraim Wernick
Texas Bar No. 24042138 (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 639-6730
ewernick@velaw.com

*Counsel for MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*