## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Consumer Financial Protection Bureau and
the People of the State of New York by
Letitia James, Attorney General for the State
of New York,

          Plaintiffs,

          v.

MoneyGram International, Inc. and
MoneyGram Payment Systems, Inc.,

          Defendants.

Case No. 22-cv-3256 (KPF)

### REVISED SCHEDULING ORDER

The Court has considered the parties' request for a revised briefing schedule. It is hereby

**ORDERED**:

- Plaintiffs shall file their motion for leave to file a Second Amended and Supplemental Complaint (SASC), which brief shall not exceed 25 pages, on or before July 12, 2024.

  - Defendants shall file their opposition to Plaintiffs' motion for leave, which brief shall not exceed 25 pages, on or before July 26, 2024.

  - Plaintiffs shall file any reply, which brief shall not exceed 10 pages, on or before August 2, 2024.

- If the Court grants Plaintiffs' motion for leave to file their SASC:

  - Defendants shall answer or otherwise respond to the SASC and file their revised motion to transfer venue 30 days after the Court grants Plaintiffs'

motion. If Defendants file a motion instead of answering Plaintiffs' SASC, Defendants shall consolidate such motion with their revised motion to transfer and file a single, combined brief that does not exceed 35 pages.

- o Plaintiffs shall file any opposition 30 days thereafter. If Defendants have filed a single, combined brief for multiple motions, Plaintiffs' opposition shall be a consolidated brief that does not exceed 35 pages.

- o Defendants shall file any reply four days after Plaintiffs' opposition. If Defendants have filed a single, combined brief for multiple motions, Defendants' reply shall be a consolidated brief that does not exceed 18 pages.

- If the Court denies Plaintiffs' motion for leave to file their SASC:

- o Defendants shall file a single, consolidated revised motion to dismiss the First Amended Complaint and motion to transfer, which brief shall not exceed 35 pages, no later than 21 days after the Court denies Plaintiffs' motion.

- o Plaintiffs shall file any opposition to Defendants' consolidated motions, which brief shall not exceed 35 pages, no later than 30 days after Defendants' motion.

- o Defendants shall file any reply, which brief shall not exceed 18 pages, no later than four days after Plaintiffs' opposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 91.

**SO ORDERED.**

Dated:   June 12, 2024
         New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE