February 7, 2025

<u>VIA ECF & EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

Re:     *Consumer Financial Protection Bureau and the People of the State of New York*
        *v. MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*
        Case No. 22-cv-3256 (KPF)

Dear Judge Failla:

Counsel for all parties respectfully submit this letter to jointly request a sixty-day stay in the case and for Defendants to make an unopposed request for an extension of time to file their planned combined motion to dismiss Plaintiffs' Second Amended and Supplemental Complaint and to transfer venue.

On January 24, 2025, this Court granted Plaintiffs' motion for leave to file their Second Amended and Supplemental Complaint and instructed Defendants to file their planned combined motion within 31 days, which makes their deadline February 24, 2025. ECF No. 106. The remainder of the deadlines related to any such motion are established by this Court's June 12, 2024 order, ECF No. 92.

Also on January 24, 2025, Plaintiffs filed their Second Amended and Supplemental Complaint, ECF No. 107.

President Trump designated Secretary of the Treasury Scott Bessent as Acting Director of the Consumer Financial Protection Bureau, effective January 31, 2025. To promote consistency with the goals of the new Administration, on February 3, 2025, Acting Director Bessent directed Bureau counsel not to make filings or appearances in any litigation, other than to seek a pause in proceedings, unless approved by the Acting Director.

Due to this recent change in leadership, there is good cause to temporarily stay this action for sixty days. The proposed stay will not prejudice Defendants and will provide more time for Bureau counsel to consult new leadership regarding the matter before filing deadlines.

Defendants further ask that their deadline for filing their combined motion to dismiss and to transfer venue be extended from February 24, 2025 to the date 21 days after the requested stay ends. Plaintiffs do not oppose that request. This is the second request for an extension of that

deadline. On June 11, 2024, the parties jointly requested a revised briefing schedule for Defendants' combined motion, ECF No. 91, and the Court granted that request, ECF No. 92.

In accordance with ECF Rule 8.5, the filing party represents the consent of the other parties to the signing and filing of this joint letter.

Respectfully submitted,

_s/ Ephraim Wernick_
EPHRAIM (FRY) WERNICK
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
Tel: (202) 639-6730
Fax: (202) 879-8813
Email: ewernick@velaw.com

Attorney for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.

_s/ Maria Heifetz_
MARIA HEIFETZ
REBECCA SMULLIN
_Enforcement Attorneys_

Email: maria.heifetz@cfpb.gov
Email: rebecca.smullin@cfpb.gov
Telephone: 202-435-5218 (Heifetz)
Telephone: 202-435-7546 (Smullin)

1700 G Street NW
Washington, DC 20552

Attorneys for Plaintiff
Consumer Financial Protection Bureau

_s/ Laura C. Dismore_
LAURA C. DISMORE
_Assistant Attorney General_
_Bureau of Consumer Frauds and Protection_

JANE M. AZIA
_Bureau Chief_
_Bureau of Consumer Frauds and Protection_

28 Liberty Street
New York, NY 10005
Email: Laura.Dismore@ag.ny.gov
Email: Jane.Azia@ag.ny.gov
Telephone: 212-416-6319 (Dismore)
Telephone: 212-416-8727 (Azia)

Attorneys for Plaintiff
State of New York