# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>        Plaintiffs,<br><br>        v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>        Defendants. | Case No. 22-cv-3256 (KPF) |

## REVISED SCHEDULING ORDER

The Court has considered the parties' joint request for a stay and Defendants' unopposed request for a revised briefing schedule. It is hereby **ORDERED**:

- This action is stayed for 60 days from the date of this Order.

- Defendants shall answer or otherwise respond to Plaintiffs' Second Amended and Supplemental Complaint (ECF No. 107) and file any revised motion to transfer venue no later than the date 21 days after the end of the 60-day stay. If Defendants file a motion to dismiss instead of an answer to Plaintiffs' Second Amended and Supplemental Complaint, Defendants will consolidate such motion with their revised motion to transfer.

- Plaintiffs shall file any opposition to Defendants' motion 30 days thereafter.

- Defendants will file any reply four days after Plaintiffs' opposition.

```
The Clerk of Court is directed to STAY this action for sixty (60)
days.  The Clerk of Court is further directed to terminate the
pending motion at docket entry 108.
```

**SO ORDERED.**

Dated: February 10, 2025
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE