UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>　　　　Defendants. | Case No. 22-cv-3256 (KPF) |

**CONSENT MOTION BY PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

　　Pursuant to Federal Rule of Civil Procedure 21, Plaintiff Consumer Financial Protection Bureau (Bureau) respectfully requests that this Court drop the Bureau as a Plaintiff in this action. Counsel for the Bureau conferred with counsel for Plaintiff State of New York and Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. Counsel for Defendants indicated that they consent to this motion. Counsel for Plaintiff State of New York indicated that New York does not oppose this motion.

Dated: April 7, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MARK PAOLETTA
　　　　　　　　　　　　　　　　　　　　Chief Legal Officer

　　　　　　　　　　　　　　　　　　　　VICTORIA DORFMAN

　　　　　　　　　　　　　　　　　　　　CARA PETERSEN
　　　　　　　　　　　　　　　　　　　　Acting Enforcement Director

　　　　　　　　　　　　　　　　　　　　RICHA SHYAM DASGUPTA
　　　　　　　　　　　　　　　　　　　　Deputy Enforcement Director

JAMES T. SUGARMAN
Assistant Deputy Enforcement Director

*s*/Rebecca Smullin
REBECCA SMULLIN
*Enforcement Attorney*
Email: rebecca.smullin@cfpb.gov
Telephone: 202-435-7546
1700 G Street NW
Washington, DC 20552

Attorneys for Plaintiff
Consumer Financial Protection Bureau