UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>        Plaintiffs,<br><br>        v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>        Defendants. | Case No. 22-cv-3256 (KPF) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION BY PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

The consent motion of Plaintiff Consumer Financial Protection Bureau to be dropped as a party in the above-captioned action is hereby GRANTED.

It is hereby ORDERED that Plaintiff Consumer Financial Protection Bureau (Bureau) is no longer a plaintiff in this action.

It is further ORDERED that the appearances of all counsel for the Bureau are withdrawn.

Dated: _____     _____
                                                    Hon. Katherine Polk Failla
                                                    United States District Judge