UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>   Plaintiffs,<br><br>   v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>   Defendants. | Case No. 22-cv-3256 (KPF) |

**NOTICE TO COURT REGARDING PRESERVATION SUBPOENAS**

On June 30, 2023, this Court granted Plaintiffs leave to serve preservation subpoenas on 12 companies. *See* ECF No. 70. Those subpoenas were issued by attorneys for both Plaintiffs, the Consumer Financial Protection Bureau (Bureau) and New York, and were served in the weeks following the Court's June 30 order.

With this notice, the Bureau informs the Court as follows:

1) If the Court grants the Bureau's request under Federal Rule of Civil Procedure 21 to drop itself as a plaintiff in this case, the Bureau intends to withdraw those subpoenas to the extent they were issued by the Bureau.

2) If the Court grants the Bureau's request under Federal Rule of Civil Procedure 21 to drop itself as a plaintiff in this case, the Bureau will notify each of the recipients of the preservation subpoenas that the Bureau has withdrawn the subpoenas to the extent issued by the Bureau; and provide updated attorney contact information to those

1

entities to the extent that the subpoenas remain in effect, as they were also issued by the State of New York.

3) Because the Bureau is unaware of counsel for any of the subpoena recipients, the Bureau will notify the subpoena recipients by sending letters to the companies and/or their registered agent(s) after the Court's grant of the Bureau's Rule 21 motion.

Dated: April 7, 2025

Respectfully submitted,

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN

CARA PETERSEN
Acting Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

JAMES T. SUGARMAN
Assistant Deputy Enforcement Director

*s/*Rebecca Smullin
REBECCA SMULLIN
*Enforcement Attorney*
Email: rebecca.smullin@cfpb.gov
Telephone: 202-435-7546
1700 G Street NW
Washington, DC 20552

Attorneys for Plaintiff
Consumer Financial Protection Bureau