UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau and the People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>       Plaintiffs,<br><br>       v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>       Defendants. | Case No. 22-cv-3256 (KPF) |

**ORDER GRANTING CONSENT MOTION BY PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

The consent motion of Plaintiff Consumer Financial Protection Bureau to be dropped as a party in the above-captioned action is hereby GRANTED.

It is hereby ORDERED that Plaintiff Consumer Financial Protection Bureau (Bureau) is no longer a plaintiff in this action.

It is further ORDERED that the appearances of all counsel for the Bureau are withdrawn.

```
As there remains a plaintiff in this action, the parties' revised
scheduling order remains in effect.  (Dkt. #109).  Accordingly,
Defendants shall answer, move, or otherwise respond to the Second
Amended Complaint no later than 21 days after the end of the stay,
which is set to expire on April 11, 2025.

The Clerk of Court is directed to terminate the pending motion at
docket entry 114.
```

Dated:   April 8, 2025                _____
        New York, New York            Hon. Katherine Polk Failla
                                                                  United States District Judge