UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>*Plaintiff*,<br><br>v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>*Defendants*. | Case No. 1:22-cv-03256-KPF |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the People of the State of New York by Letitia James, Attorney General for the State of New York and Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc., hereby stipulate to the dismissal with prejudice of Counts I - VI of the Second Amended and Supplemental Complaint (Dkt. 147).  This stipulation of dismissal is effective upon filing.

*[Signature page follows]*

1

| | |
|---|---|
| Dated: April 17, 2025 | Respectfully submitted, |

| | |
|---|---|
| *s/ Ephraim Wernick* | *s/ Laura C. Dismore* |
| Ephraim Wernick | Laura C. Dismore |
| Texas Bar No. 24042138 | *Assistant Attorney General* |
| (admitted *Pro Hac Vice)* | *Bureau of Consumer Frauds and Protection* |
| VINSON & ELKINS LLP | |
| 2001 Ross Avenue, Ste. 3900 | Jane M. Azia |
| Dallas, Texas 75201 | *Bureau Chief* |
| Tel: (202) 639-6730 | *Bureau of Consumer Frauds and Protection* |
| Fax: (202) 879-8813 | |
| Email: ewernick@velaw.com | 28 Liberty Street |
| | New York, NY 10005 |
| *Attorney for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.* | Email: Laura.Dismore@ag.ny.gov |
| | Email: Jane.Azia@ag.ny.gov |
| | Telephone: 212-416-6319 (Dismore) |
| | Telephone: 212-416-8727 (Azia) |
| | |
| | *Attorneys for Plaintiff Attorney General for the State of New York* |