UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| People of the State of New York by Letitia James, Attorney General for the State of New York,<br><br>*Plaintiff,*<br><br>v.<br><br>MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.,<br><br>*Defendants.* | Case No. 1:22-cv-03256-KPF |

### STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the People of the State of New York by Letitia James, Attorney General for the State of New York and Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc., hereby stipulate to the dismissal with prejudice of Counts I - VI of the Second Amended and Supplemental Complaint (Dkt. 147). This stipulation of dismissal is effective upon filing.

*[Signature page follows]*

1

Dated: April 17, 2025

/s/ Ephraim Wernick
Ephraim (Fry) Wernick
Texas Bar No. 24042138
(admitted *Pro Hac Vice*)
VINSON & ELKINS LLP
2001 Ross Avenue, Ste. 3900
Dallas, Texas 75201
Tel: (202) 639-6730
Fax: (202) 879-8813
Email: ewernick@velaw.com

*Attorney for Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc.*

Respectfully submitted,

Laura C. Dismore
*Assistant Attorney General*
*Bureau of Consumer Frauds and Protection*

Jane M. Azia
*Bureau Chief*
*Bureau of Consumer Frauds and Protection*

28 Liberty Street
New York, NY 10005
Email: Laura.Dismore@ag.ny.gov
Email: Jane.Azia@ag.ny.gov
Telephone: 212-416-6319 (Dismore)
Telephone: 212-416-8727 (Azia)

*Attorneys for Plaintiff Attorney General for the State of New York*

Dated:   April 21, 2025
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2